# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-24-00344-CV

**Stephani Del Rio and Andrew Del Rio, as Next Friends of "Noelle" and "Luke," Minors,
Appellants**

**v.**

**The City of Austin, Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on May 2, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.